IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3: 11cv44

| | |
|---|---|
| JERRY DEBERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| RELIANCE STANDARD LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on initial review. Review of the parties reveals that the undersigned has a conflict requiring recusal in this mater.

## ORDER

**IT IS, THEREFORE, ORDERED** that the undersigned respectfully recuses himself (party recusal) from consideration of this matter.

Signed: March 21, 2011

Max O. Cogburn Jr.
United States District Judge