IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11 CV 44

| | |
|---|---|
| JERRY DEBERRY,  )  | |
| )  | |
| Plaintiff )  | |
| )  | **ORDER** |
| v )  | |
| )  | |
| RELIANCE STANDARD LIFE )  | |
| INSURANCE COMPANY, )  | |
| )  | |
| Defendant )  | |

**THIS MATTER** is before the court upon a review of the file in this matter. On June 30, 2011, Senior United States District Judge Graham C. Mullen entered an Order (#14) adopting a memorandum and recommendation of this court dismissing Count II of the Amended Complaint of the plaintiff with prejudice and dismissing plaintiff's request for a jury trial. That action joined the issues in this matter as is set forth under Local Rule of Civil Procedure 16.1. Within fourteen (14) days from June 30, 2011 the parties, as provided by Fed.R.Civ.P. 26(f), were to confer and conduct an "Initial Attorney's Conference" and file a certification of such conference as provided by LCvR 16.1(B). The parties have not filed the Certification of Initial Attorney's Conference.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the parties in this matter are to conduct an initial attorney's conference as provided by LCvR 16.1(A) and file with the court

a Certification of Initial Attorney's Conference as provided by LCvR 16.1(B). The filing of the certification shall be on or before **December 5, 2011.**

Signed: November 28, 2011

Dennis L. Howell
United States Magistrate Judge